

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 1 2 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mario Reyes

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

13 C 5009
Judge James B. Zagel
Magistrate Judge Daniel G. Martin

Head Sheriff - TOM DART

Dir. - Mr. Hickerson

Supt. - Reyes

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

__✓__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

______ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

______ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: MARIO REYES

B. List all aliases: NONE

C. Prisoner identification number: ______

D. Place of present confinement: cook CountY Jail

E. Address: 2700 S. CAlifornia Chicago ILL

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom DArt

Title: HEAD Sheriff of Cook County

Place of Employment: 50 west Washington

B. Defendant: Mr. Hickerson

Title: Director of Cook County Jail

Place of Employment: Cook County Jail

C. Defendant: Supt. Reyes

Title: Supt. div. 10

Place of Employment: Cook County Jail div. 10

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

I. Approximate date of disposition: NONE

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 30, 2011 in divi 10 4-B 7-3 Shift While I was sitting in dayroom a violent incident took Place involving several inmates attacking one another. I was attacked from behind, front and sides. I was Stabbed several times. I got beat down to the floor by several inmates who punched me in ribs, Kicked me in groin Several blows to the head Kicked in head and an inmate gave me several blows to the head inflicting serious excruciating pain which was unbearable. Blood ran down my ears and nose as I looked up at officer begging for help to no avail. The officer just sat there as I blacked out. I remember crying out till my last breath seemed to leave help me please help! The officer was about ten to fifteen feet. I woke up three days later before I Knew what I really been through. Still in pain diagnosis of nerve damage bandages from stab wounds plus given a cane to help me walk. Doctors have told me my eye socket will not heal it was and still is fractured sight is permanently damage and [illegible] constan[illegible] deteriate at a rapid pace each day to possibly re[illegible]ring me blind eventually.



Revised 9/2007

I am very very scared to have anyone stand behind me thinking about another attack from behind and sometimes I even get paranoid thinking people are plotting to jump on me in shower, toilet. I wait to be alone in shower feel unsafe. I've had several nightmares that I was getting beat up again and again. Some how I still think this will happen again to me. I am taking legal action against Tom Dart who is responsible for the safety of inmates along with staff who supposidly trained to protect all inmates.

The director Mr. Hickerson bears just as most responsibility as director because he implementes programs etc and is suppose to protect all inmates from harm through staff.

The supt. div.10 also has failed along along with other two defendants to protect me as well as provide proper medical treatment and violated my due process as well as deliberate Indifference while subjecting me to cruel and unusual punishment.

I would like to sue defendants in their private and professional capacity.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the courts to see justice done with the court giving me financial award for injuries pain and suffering from incident and future pain, suffering and compensate for bills in past and future to amount of $1,500,000.00

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ______ day of ________, 20 13

[signature]
(Signature of plaintiff or plaintiffs)

MARIO REYES
(Print name)

B72153
(I.D. Number)

5250 S. KEATING
CHICAGO IL 60632

(Address)